Vilma Lisette VEGA; Jose Vega, Plaintiffs–Appellants,

v.

NATIONAL LIFE INSURANCE SERVICES INC.; et al., Defendants,

Pan–American Life Insurance Company, Defendant–Appellee.

No. 97–20645.

United States Court of Appeals, Fifth Circuit.

Feb. 1, 1999.

Ivar Nelson Heggen, Houston, TX, for Plaintiffs–Appellants.

Reagan Mark Brown, David Jack Levy, Fulbright & Jaworski, Houston, TX, for Pan-American Life Ins. Co.

ON SUGGESTION FOR REHEARING EN BANC

Before POLITZ, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The

* Chief Judge King is recused and did not participate in this decision.

Clerk will specify a briefing schedule for the filing of supplemental briefs.